```
                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF MISSOURI
                    SOUTHEASTERN DIVISION
```

JOHN L. MINNICH,                )
                                )
            Plaintiff,          )
                                )
      v.                        )     No. 1:05CV28 FRB
                                )
JO ANNE B. BARNHART,            )
Commissioner of Social Security,)
                                )
            Defendant.          )

## JUDGMENT

In accordance with the Memorandum and Order filed herewith,

**IT IS HEREBY ORDERED AND ADJUDGED** that the decision of the Commissioner is **REVERSED** and this case is **REMANDED** for further proceedings.

_____
UNITED STATES MAGISTRATE JUDGE

Dated this  _10th_  day of March, 2006.